**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymond Grady STANSEL, Jr.,**
**Defendant–Appellant.**

No. 10–14078
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 18, 2011.

Karin B. Hoppmann, Robert E. O'Neill, James C. Preston, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

David G. Secular, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before CARNES, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Raymond Grady Stansel, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Stansel's conviction and sentence are **AFFIRMED.**